# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2014

## NO.  03-14-00190-CV

**Rosalind Isaac, Appellant**

**v.**

**Midfirst Bank, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO.4 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**DISMISSED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on March 11, 2014.  Having reviewed the record, the Court holds that appellant has failed to comply with an order from this Court.  Therefore, the Court dismisses the appeal.  Because appellant is indigent and unable to pays costs, no adjudication of costs is made.